IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRAVIS KENARD DAWSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:24-cv-01260 ) ) District Judge Eli Richardson |
| GALLATIN POLICE DEPARTMENT, et al., | ) ) ) |
| Defendants. | ) ) |

## DENIAL OF MOTION FOR DEFAULT JUDGMENT

Pending is Plaintiff's Motion for Default Judgment as to all defendants. (Doc. No. 9). For the following reasons Plaintiff's Motion is **DENIED**.

Plaintiff filed this action on October 22, 2024. (Doc. No. 1). Plaintiff also filed an Application for Leave to Proceed *In Forma Pauperis* ("IFP Application"), (Doc. No. 2), which remains pending. Plaintiff filed his Motion for Default Judgment on November 26, 2024, stating that the defendants failed to respond "to notices sent via certified mail," (Doc. No. 6); however, a review of the record reveals that summonses have not been issued and defendants have not been served. Until the Court rules on the IFP Application, the Clerk's Office cannot issue summonses, and the U.S. Marshal Service cannot serve process upon the defendants. As a result, Plaintiff's Motion for Default Judgment (Doc. No. 6) is premature and **DENIED**.

                                                          s/ Lynda M. Hill
                                                          Lynda M. Hill
                                                          Clerk of Court